B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09−73034**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristina K. Lizon
   2844 Carol Place
   Rockford, IL 61109

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6165

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                        FOR THE COURT

Dated: <u>October 27, 2009</u>                 <u>Kenneth S. Gardner, Clerk</u>
                                        United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3              User: cshabez                Page 1 of 1                  Date Rcvd: Oct 27, 2009
Case: 09-73034                    Form ID: b18                 Total Noticed: 16

The following entities were noticed by first class mail on Oct 29, 2009.
db           +Kristina K. Lizon,    2844 Carol Place,    Rockford, IL 61109-2482
aty          +Dennis R. Hewitt,    Dennis Hewitt Law Office,    1124 Lincoln Highway,    Rochelle, IL 61068-1517
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14192262      Amcore Bank,    P. O. Box 358,    Beloit, WI 53512-0358
14192263      Capital One Bank,    P. O. Box 6492,    Carol Stream, IL 60197-6492
14192266     +Citifinancial,    1812 Sycamore Road, Suite 3,    DeKalb, IL 60115-2004
14192261      Dennis Hewitt,    1124 Lincoln Highway,    Rochelle, IL 61068-1517
14192260     +Lizon Kristina K,    703 S Main Street,    Rochelle, IL 61068-2180
14192268     +Rochelle Community Hospital,    900 N. Second Street,    Rochelle, IL 61068-1717
14192269      Rochelle Medical,    P. O. Box 17052,    Rockford, IL 61110-7052
14192270      Tribe Law Office,    P. O. Box 1128,    Peoria, IL 61653-1128
14192271    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,    4801 Frederica Street,    Owensboro, KY 42301)

The following entities were noticed by electronic transmission on Oct 27, 2009.
14192264      EDI: CAUT.COM Oct 27 2009 19:18:00      Chase Bank,    P. O. Box 78067,    Phoenix, AZ 85062-8067
14192265      EDI: CHASE.COM Oct 27 2009 19:23:00      Chase Bank,    P. O. Box 15153,
               Wilmington, DE 19886-5153
14192267     +EDI: AMINFOFP.COM Oct 27 2009 19:19:00      First Premier Bank,    P. O. Box 5519,
               Sioux Falls, SD 57117-5519
14461862     +EDI: RMSC.COM Oct 27 2009 19:18:00      GE Money Bank,    Recovery Management Systems Corp,
               25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,    Attn: Ramesh Singh
14192271      EDI: USBANKRS.COM Oct 27 2009 19:18:00      U.S. Bank,    4801 Frederica Street,
               Owensboro, KY 42301
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2009**              **Signature:**   _Joseph Speetjens_